UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RAY MILLS,<br><br>           Plaintiff,<br><br>     v.<br><br>C. PFEFFER, et al.,<br><br>           Defendant. | Case No.: 1:20-cv-00195-JLT (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE; AND<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT WITH LEAVE TO AMEND<br><br>(Doc. 13)<br><br>FOURTEEN-DAY DEADLINE |

Previously, the Court screened plaintiff's complaint and found it to be devoid of a cognizable claim. (Doc. 13.) Plaintiff was then granted an opportunity to dismiss the case entirely, file an amended complaint, or elect to stand on the complaint. Plaintiff has filed a response indicating his intention to stand on the complaint. (Doc. 14.)

The court therefore ORDERS the Clerk of Court to assign a district judge to this case; and

The court RECOMMENDS that the complaint be dismissed with leave to amend for failure to state a claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file

written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **January 27, 2021**               /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE