UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RAY MILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEFFER, et al.,<br><br>　　　　Defendant. | 1:20-cv-00195-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT WITH LEAVE TO AMEND<br><br>(Doc. No. 16) |

　　　　Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 27, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed for failure to state a claim and with leave to amend. (Doc. No. 16 at 1.) Those findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections thereto were to be filed within fourteen (14) days. Plaintiff has filed objections to the findings and recommendations. (Doc. Nos. 17, 18.)

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1


1. The findings and recommendations filed January 27, 2021 (Doc. No. 16), are adopted in full;

2. Plaintiff's complaint is dismissed with leave to amend; and

3. Plaintiff shall file a first amended complaint curing the deficiencies noted in the findings and recommendations within thirty (30) days from the date of this order.

IT IS SO ORDERED.

Dated:  **March 29, 2021**                      /s/ Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE