# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RAY MILLS,<br><br>  Plaintiff,<br><br>  v.<br><br>C. PFEFFER, et al.,<br><br>  Defendant. | Case No.: 1:20-cv-00195-NONE-JLT (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>(Doc. 19)<br><br>**21-DAY DEADLINE** |

On March 29, 2021, the Court dismissed Plaintiff's complaint with leave to amend and required Plaintiff to file a first amended complaint within thirty days. (Doc. 19.) The time has expired, and Plaintiff has failed to file an amended complaint. Accordingly, the Court **ORDERS** Plaintiff to **show cause**, within twenty-one days, why this action should not be dismissed for failure to comply with a court order. Alternatively, the Court grants Plaintiff leave to file a first amended complaint within twenty-one days.

**<u>Failure to comply with this order will result in a recommendation that the Court dismiss this case for failure to obey a court order.</u>**

IT IS SO ORDERED.

  Dated: __**May 13, 2021**__            _/s/ Jennifer L. Thurston_
                                                                        CHIEF UNITED STATES MAGISTRATE JUDGE