# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RAY MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>C. PFEFFER, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-0195 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITH PREJUDICE AS FRIVOLOUS AND FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 36) |

    Darryl Ray Mills seeks to hold the defendants—including three individuals with the Anti-Recidivism Coalition and the warden, correctional officers, sergeants, and lieutenants at Kern Valley State Prison— liable for violations of his civil rights pursuant to 42 U.S.C. § 1983.  The assigned magistrate judge screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to cure deficiencies previously identified by the Court, including addressing the Warden's involvement in the alleged conduct, the alleged role of the ARC, and the frivolity of the "voodoo" and "witchcraft" allegations.  (Doc. 36 at 6-7.)  The magistrate judge found the "FAC is frivolous and fails to state a claim upon which relief may be granted."  (*Id*.)  Therefore, the magistrate judge recommended the action be dismissed without leave to amend.  (*Id.*)

    The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 21 days.  (Doc. 36 at 8.)  However, the USPS returned the

Findings and Recommendations as undeliverable on October 30, 2023.  To date, Plaintiff has not filed a Notice of Change of Address or otherwise communicated with the Court, and the time to do so has expired.  *See* Local Rule 183(b).

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case.  Having carefully reviewed the action, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued October 10, 2023 (Doc. 36) are **ADOPTED** in full.
2. The action is **DISMISSED** with prejudice as frivolous and for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 10, 2024**

UNITED STATES DISTRICT JUDGE

2